UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELIZABETH A. THOMPSON,             ) | |
|                                                                    ) | |
|                    Plaintiff,                      ) | |
|                                                                    )  1:06-cv-1510-RLY-WTL | |
|        vs.                                                    ) | |
|                                                                    ) | |
| MICHAEL J. ASTRUE, Commissioner  ) | |
|  of the Social Security Administration,     ) | |
|                                                                    ) | |
|                    Defendant.                   ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Elizabeth A. Thompson is not entitled to Disability Insurance Benefits based on her application filed on March 6, 2003, is **AFFIRMED.**


Date: 1/9/2008

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Ronald L. Wilson
BADELL & WILSON
bwlaw@bwlawoffice.com